**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC CHARLES HEINRICH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO.: 3:15-CV-00559-RCJ-VPC<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#3[1]) entered on March 28, 2016, recommending that the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1), file the Complaint (ECF #1-1), dismiss this action without prejudice and without leave to amend. On April 11, 2016, Plaintiff filed his Objections to the Magistrate Judge's Report and Recommendation (ECF #4).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#3) entered on March 28, 2016, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) is GRANTED.

IT IS FURTHER ORDERED that this action is DISMISSED WITHOUT PREJUDICE and WITHOUT LEAVE TO AMEND. The Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED this 26th day of April, 2016.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.