AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

ERIC CHARLES HEINRICH,

      Plaintiff,

V.

UNITED STATES OF AMERICA, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:15-cv-00559-RCJ-VPC

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **dismissed without prejudice** and **without leave to amend.**

    April 26, 2016                                   **LANCE S. WILSON**
                                                                   Clerk

                                                                   /s/ K. Rusin
                                                                   Deputy Clerk